UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Commercial Metals Company** | CIVIL ACTION |
| versus | NO. 13-6525 |
| **Dalian Suntime International Transportation Co., Ltd.; Coastal Cargo Company, Inc.; Amoy Sailing Maritime Co., Ltd.** *in personam*; **M/V AMOY ACTION** *IN REM* | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant Dalian Suntime International Transportation Co., Ltd., appearing specially, restrictively and not making a general appearance, to answer and defend against the Complaint of plaintiff Commercial Metals Company as follows:

The allegations of plaintiff's complaint are all denied.

Defendant reserves all defenses including as to jurisdiction.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   *s/ Michael M. Butterworth*
         Michael M. Butterworth (#21265)
         Canal Place
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: (504) 566-1311
         Telecopier: (504) 568-9130

ATTORNEYS FOR DALIAN SUNTIME
INTERNATIONAL TRANSPORTATION CO.,
LTD.

PD.11799788.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*s/ Michael M. Butterworth*
Michael M. Butterworth (#21265)